IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )    CR. No. S-08-212-LKK
            Plaintiff,       )
                             )
       v.                    )
                             )    TIME EXCLUSION ORDER
MIGUEL VASQUEZ, et al.,      )
                             )
            Defendants.      )
_____)
```

    Upon the request of the government and the defendants, the Court continues the next status conference date from June 9, 2009 to August 11, 2009 at 9:15 a.m.  All remaining defendants in the case are in plea discussion with the government.  The continuance is necessary for counsel adequately to review the plea offers and conduct further investigation  Thus, the requested continuance is for effective and diligent preparation in this case.  Also the case involves a large volume of discovery and is therefore complex as well.

///

///

///

///

1  The Court finds that the interests of justice served by
2 granting this continuance outweigh the best interests of the
3 public and the defendant in a speedy trial.  18 U.S.C. § 3161
4 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be
5 excluded from June 9, 2009 through August 11, 2009.

DATE: June 15, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT