**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RENE WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>       PLAINTIFF,                )<br>                                 )<br>       v.                        )<br>                                 )<br>RENE WRIGHT, et al.,             )<br>                                 )<br>       DEFENDANTS.               )<br>                                 )<br>_____) | CR-S-08-212-LKK<br><br>STIPULATION AND<br>ORDER TO CONTINUE THE STATUS<br>CONFERENCE TO WEDNESDAY<br>OCTOBER 14, 2009 |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary Grad and defendant Ms. Rene Wright, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Tuesday, August 11, 2009, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Wednesday, October 14, 2009, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Wednesday, October 14, 2009.

The defendant is out of custody. There is no trial date set.

1

1    The Court has previously made findings in this case, from the record made
2 with factual support, to exclude time under the Speedy Trial Act under both local
3 codes T-2 and T-4 (See Docket Entries # 129, 132, 173, 222, 256, 263), for complex
4 case and time excluded under the Speedy Trial Act Title 18 U.S.C. section
5 3161(h)(8)(B)(ii) and that time is to be excluded for the reasonable time necessary for
6 effective preparation by defense counsel under the Speedy Trial Act Title 18 U.S.C.
7 section 3161(h)(8)(B)(iv), of the speedy trial act.

## PROCEDURAL STATUS OF THE CASE

9    The government and the defense are continuing in their settlement negotiations
10 to resolve this case and all parties agree that the interests of justice are served by
11 granting this continuance outweigh the best interests of the public and the defendant in
12 a speedy trial so that counsel for the defendants may have reasonable time necessary
13 for effective defense in this case, for continued time to finalize negotiations with the
14 government and continue investigation, taking into account the exercise of due
15 diligence and pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(ii) and(iv) and local
16 codes T-2 and T-4.

## STATUS OF DISCOVERY IN THE CASE

18    The government has provided discovery in this case which the defense is in the
19 process of reviewing. Investigation is ongoing by the defense.
20    The parties stipulate and agree that time under the Speedy Trial Act shall
21 continue be excluded **up to and including Wednesday, October 14, 2009, under**
22 the Speedy Trial Act under Local Codes T-2 (complex case and Title 18 U.S.C.
23 section 3161(h)(8)(B)(ii) and T-4 (**time for defense counsel preparation**) and Title
24 18 U.S.C. section 3161(h)(8)(B)(iv).

|  |  |
|---|---|
|  | Respectfully submitted,<br>LAWRENCE G. BROWN<br>ACTING UNITED STATES ATTORNEY |
| DATED: 8-7-09 | /s/ Mary Grad by in person authorization<br>_____<br>Mary Grad<br>ASSISTANT UNITED STATE ATTORNEY<br>ATTORNEY FOR THE PLAINTIFF |
| DATED: 8-7-09 | /s/ James R. Greiner<br>_____<br>James R. Greiner<br>Attorney for Defendant<br>Rene Wright |

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: August 11, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3