1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 FAX: (916) 920-7951

5 ATTORNEY FOR DEFENDANT
RENE WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-08-212-LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE THE STATUS |
| v. ) | CONFERENCE TO WEDNESDAY |
| ) | OCTOBER 27, 2009 |
| RENE WRIGHT, et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary Grad and defendant Ms. Rene Wright, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Wednesday, October 14, 2009, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, October 27, 2009, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, October 27, 2009.

The defendant is out of custody. There is no trial date set.

1

The Court has previously made findings in this case, from the record made with factual support, to exclude time under the Speedy Trial Act under both local codes T-2 and T-4 (See Docket Entries # 129, 132, 173, 222, 256, 263 and 337), for complex case and time excluded under the Speedy Trial Act Title 18 U.S.C. section 3161(h)(8)(B)(ii) and that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel under the Speedy Trial Act Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act.

## PROCEDURAL STATUS OF THE CASE

The government and the defense are continuing in their settlement negotiations to resolve this case and all parties agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that counsel for the defendants may have reasonable time necessary for effective defense in this case, for continued time to finalize negotiations with the government and continue investigation, taking into account the exercise of due diligence and pursuant to Title 18 U.S.C. section 3161(h)(8)(B)(ii) and(iv) and local codes T-2 and T-4. The parties are in the final stages of working out the plea agreement and this additional time is needed to accomplish this. Both sides have been and are working in good faith towards a resolution.

## STATUS OF DISCOVERY IN THE CASE

The government has provided discovery in this case which the defense is in the process of reviewing. Investigation is ongoing by the defense.

The parties stipulate and agree that time under the Speedy Trial Act shall continue be excluded **up to and including Tuesday, October 27, 2009, under** the Speedy Trial Act under Local Codes T-2 (complex case and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

2

```
                                        Respectfully submitted,
                                        LAWRENCE G. BROWN
                                        ACTING UNITED STATES ATTORNEY
```

DATED: 10-9-09              /s/ Mary Grad by e mail authorization
                            _____
                            Mary Grad
                            ASSISTANT UNITED STATE ATTORNEY
                            ATTORNEY FOR THE PLAINTIFF

DATED: 10-9-09              /s/ James R. Greiner
                            _____
                            James R. Greiner
                            Attorney for Defendant
                            Rene Wright

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: October 14, 2009     _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

3