**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RENE WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br> PLAINTIFF,  )  <br>  )  <br> v.  )  <br>  )  <br> RENE WRIGHT, et al.,  )  <br>  )  <br> DEFENDANTS.  )  <br>  )  <br> _____) | CR-S-08-212-LKK  <br>  <br> STIPULATION AND ORDER REGARDING MODIFICATIONS OF PRETRIAL RELEASE CONDITIONS |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Ms. Mary Grad and defendant Ms. Rene Wright, by her attorney Mr. James R. Greiner, hereby stipulate and agree to modify the defendant's conditions on Pre-Trial release. The probation department is in agreement to the modifications set forth herein.

The parties hereby stipulate and agree that the defendant's conditions on Pre-Trial release can be modified as follows:

"That all parties, including pretrial services stipulate and agree to delete Pre-Trial release condition number six (You are released to the third-party custody of your father and step-mother, Bob and Maryann Stasser, upon successful completion of The Effort Residential Program and you shall reside at their residence and not change

1

1 your residence or absent yourself from the residence for more than 24 hours without
2 the prior approval of the pretrial services officer). The parties agree and stipulate that
3 Pre-Trial Services Officer Renee Basurto is recommending the third party custodian
4 condition be vacated as the defendant, Rene Wright, has been in compliance with
5 conditions of release and reporting as directed. The parties agree and stipulate that all
6 other conditions shall remain in effect."

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 11-6-09

/s/ Mary Grad by in person authorization
_____
Mary Grad
ASSISTANT UNITED STATE ATTORNEY
ATTORNEY FOR THE PLAINTIFF


DATED: 11-6-09     /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant  Rene Wright

///
///
///

2

1
2                              **ORDER**
3
4
5
6        **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
7
8
9
10  DATED: November 10, 2009.
11
12
13
14
15                                    _____
                                      LAWRENCE K. KARLTON
16                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
17
18
19
20
21
22
23
24
25
26
27
28
                                      3