IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )    CR. No. S-08-212-LKK
          Plaintiff,         )
                             )
     v.                      )
                             )    TIME EXCLUSION ORDER
RENE LEE WRIGHT,             )
                             )
          Defendant.         )
_____)
```

    Upon the request of the government and the defendant, the Court continues the next status conference date from November 17, 2009 to December 8, 2009 at 9:15 a.m.  The defendant has received a plea offer from the government.  The continuance is necessary for counsel adequately to review the plea offer and resolve certain forfeiture issues with the government prior to entry of plea.  Thus, the requested continuance is for effective and diligent preparation relative to the disposition in this case.

///

///

///

///

///

1 | The Court finds that the failure to grant such a continuance would deny the defendant reasonable time for effective and diligent preparation and the interest of justice served by granting this continuance outweighs the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A) and (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from November 17, 2009 through December 8, 2009.

DATE:     November 17, 2009

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT