IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>           Plaintiff,          )<br>                               )<br>      v.                       )<br>                               )<br> RENE WRIGHT,                  )<br>                               )<br>           Defendant.          )<br> _____ ) | CR. No. S-08-212-LKK<br><br><br><br>TIME EXCLUSION ORDER |

Upon the request of the government and the defendant, the Court set this matter for jury trial on October 19, 2010 at 10:30 a.m., trial confirmation scheduled for October 5, 2010.  The time between January 26, 2010 and the trial date of October 19, 2010 is necessary for preparation of defense counsel, for continuity of defense counsel as his trial schedule does not permit an earlier trial setting, and complexity because the case has voluminous discovery and is partially based upon a wire interception.

///
///
///
///

1     The Court finds that the interests of justice served by
2 granting an October 2010 trial date outweigh the best interests
3 of the public and the defendant in a speedy trial.  18 U.S.C. §
4 3161 (h)(7)(B)(ii) and (iv) (Local Code T-2, Local Code T-4) and
5 time, therefore, will be excluded from January 26, 2010 through
6 October 19, 2010.

DATE:      January 28, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT