```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-cr-00212-LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Stipulation and Proposed Order |
| v. | ) | Removing Defendant From |
| | ) | Pretrial Supervision |
| RENE LEE WRIGHT | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Rene Lee Wright, through their respective attorneys, that the conditions of release imposed on May 2, 2008 (modified on November 10, 2009), may be modified to release Ms. Rene Wright from the requirement that she be supervised by the Pretrial Services Agency.

   The parties enter this stipulation at the recommendation of Pretrial Services Officer Sandra Hall, who has supervised the pretrial

///
///
///

1

service officers involved in this case, and the supervision of Rene Lee Wright since her release in 2008.

BENJAMIN B. WAGNER
United States Attorney

Dated: September 14, 2010                    /s/ Mary L. Grad
                                             MARY L. GRAD
                                             Assistant U.S. Attorney


                                             /S/ James R. Greiner
                                             JAMES R. GREINER
                                             Attorney for Defendant

## O R D E R

The conditions of release previously ordered are modified to release MS. RENE Lee Wright from further supervision by the Pretrial Services Agency.

IT IS SO ORDERED.

Dated: September 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2