**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RENE WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-08-212-LKK |
| PLAINTIFF, ) | ) STIPULATION AND |
| v. ) | ORDER TO CONTINUE JUDGMENT AND SENTENCING TO |
| RENE WRIGHT, et al., ) | TUESDAY JUNE 28, 2011 |
| DEFENDANTS. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Richard Bender and defendant Ms. Rene Wright, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the judgement and sentencing set for **Tuesday March 1, 2011, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, June 28, 2011, at 9:15 a.m..**

    The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, June 28, 2011.

    The defense is requesting this continuance, without objection from the government or probation, to allow the defendant to complete the terms of her plea

1

agreement.

                    Respectfully submitted,
                    BENJAMIN B. WAGNER
                    UNITED STATES ATTORNEY

DATED: 2-24-11        /s/ RICHARD J. BENDER by e mail authorization
                    _____
                    Richard J. Bender
                    ASSISTANT UNITED STATE ATTORNEY
                    ATTORNEY FOR THE PLAINTIFF

DATED: 2-24-11        /s/ James R. Greiner
                    _____
                    James R. Greiner
                    Attorney for Defendant
                    Rene Wright

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: February 28, 2011      _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT