**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
RENE WRIGHT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-08-212-LKK |
| | ) | |
| PLAINTIFF, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE JUDGMENT |
| v. | ) | AND SENTENCING TO |
| | ) | TUESDAY SEPTEMBER 27, 2011 |
| RENE WRIGHT, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Richard Bender and defendant Ms. Rene Wright, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the judgement and sentencing set for **Tuesday, June 28, 2011, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Tuesday, September 27, 2011, at 9:15 a.m..**

The Court's courtroom deputy, Ms. Ana Rivas, has been contacted to ensure the Court's calendar was available for that date and the Court is available on Tuesday, September 27, 2011.

The defense is requesting this continuance, without objection from the government or probation, to allow the defendant to complete the terms of her plea agreement.

The parties agree to the following Pre-Sentence Report disclosure dates:

1

| | |
|---|---|
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | August 16, 2011 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 30, 2011 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than | September 6, 2011 |
| Motion for correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 13, 2011 |
| Reply or statement of non-opposition | September 20, 2011 |
| Judgment and sentencing date: | September 27, 2011 |

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 6-23-11        /s/ RICHARD J. BENDER by e mail authorization
_____
Richard J. Bender
ASSISTANT UNITED STATE ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 6-23-11        /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Rene Wright

**ORDER**

For the reasons stated in the parties' stipulation, the Court hereby orders that the date for sentencing is continued from June 28, 2011 to September 27, 2011 at 9:15 a.m., and the schedule for the disclosure of the Pre-Sentence Report is amended as set forth in the stipulation.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: June 27, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT