| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RICHARD J. BENDER |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**

MAY 29 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )   CASE NO. 2:08-CR-0212 LKK
                    Plaintiff,           )
                                         )
v.                                       )   **SEALING ORDER**
                                         )
RENE LEE WRIGHT,                         )
                                         )
                    Defendant.           )
                                         )

Upon request of the United States of America and good cause being apparent from the nature of the document,

IT IS HEREBY ORDERED that the Government's Supplemental Sentencing Memorandum in the above captioned case, filed on or about May 24, 2012, be sealed pending further order of this Court.

Date: 5/29/12

LAWRENCE K. KARLTON
United States District Judge